988

No. 674. SMYTH, CORRECTIONS DIRECTOR *v.* HOWARD. C. A. 4th Cir. Certiorari denied. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioner.

No. 679. BROWN *v.* FOLLIN, AUDITOR OF THE U. S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied. *Darwin Charles Brown,* petitioner, *pro se.*

No. 681. HAMILTON *v.* CLEVELAND BAR ASSOCIATION. Sup. Ct. Ohio. Certiorari denied. *A. L. Kearns* for petitioner.

No. 684. REKEWEG *v.* OHIO STATE BAR ASSOCIATION. Sup. Ct. Ohio. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon* and *Joshua J. Kancelbaum* for petitioner. *Thomas R. Spellerberg* for respondent.

No. 700. WILLIAMS *v.* ANDERSON. C. A. 3d Cir. Certiorari denied. *Charles B. E. Freeman* for petitioner.

No. 706. PITTSBURGH NATIONAL BANK, EXECUTOR *v.* EQUITABLE GAS Co. Sup. Ct. Pa. Certiorari denied. *Charles A. Miller* for petitioner. *William H. Eckert* and *Milton W. Lamproplos* for respondent.

No. 707. RAMIREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.